DAVID A. HORNBECK, ESQ.
Nevada State Bar No. 966
1675 Lakeside Drive
Reno, Nevada 89509
Telephone (775) 323-6655
Facsimile (775) 322-0233

Attorney for Intervenor
ATNA Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON STOCKS, | CASE NO. 3:06-CV-426-BES (RAM) |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION FOR LEAVE TO INTERVENE OF RIGHT OR PERMISSIVELY AND TO FILE ANSWER IN INTERVENTION** |
| JOHN D. BERNT, and any all other persons unknown claiming any right, title, estate, lien or interest in the real property described in this complaint adverse to Plaintiff's ownership, or any cloud on Plaintiff's title thereto, | **[Fed. R. Civ. P. 24(a)(2), 24(b)(2), 24(c)]** |
| Defendants, and | |
| ATNA RESOURCES, INC., a Nevada Corporation, | |
| Applicant for Intervention. | |

Defendant in Intervention, ATNA RESOURCES, INC., having filed on March 16, 2007 its Motion For Leave To Intervene Of Right Or Permissively And To File Answer In Intervention and good cause appearing,

IT IS HEREBY ORDERED that ATNA RESOURCES, INC., is GRANTED leave to intervene and it's Answer of Defendant in Intervention attached to its Motion as Exhibit 1 is ordered filed.

IT IS FURTHER ORDERED that ATNA RESOURCES, INC., is GRANTED leave to file

/ / /

-1-

a reply to Plaintiff's Opposition to Defendant JOHN D. BERNT's Motion To Dismiss For Lack Of Jurisdiction.

DATED: ____March 20, 2007_____  _____
UNITED STATES MAGISTRATE JUDGE

-2-